## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| KELLY C. HEYDE, | ) |
|       Plaintiff, | ) |
| v. | ) CAUSE NO.: 1:20-cv-00375-HAB-SLC |
| SCHNEIDER ELECTRIC USA, INC. | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Kelly C. Heyde, and Defendant, Schneider Electric, USA, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this cause of action and all claims asserted in the above-referenced case are hereby voluntarily dismissed with prejudice, with each party to bear its or her own costs, expenses, and attorneys' fees.

Dated: February 24, 2021

Respectfully submitted,

| **Kelly C. Heyde** | **Schneider Electric, USA, Inc.** |
|---|---|
| By: */s/ Christopher C. Myers* | By: */s/ Staci K. Rotman* |
| Christopher C. Myers | David P. Radelet |
| CHRISTOPHER C. MYERS & ASSOCIATES | Staci K. Rotman |
| 809 South Calhoun Street, Suite 400 | Kerri Feczko |
| Fort Wayne, IN 46802-2307 | LITTLER MENDELSON, P.C. |
| T: (260) 424-0600 | 321 North Clark Street, Ste. 1100 |
| cmyers@myers-law.com | Chicago, IL 60654 |
| *Attorney for Plaintiff* | T: (312) 372-5520 |
| | dradelet@littler.com |
| | srotman@littler.com |
| | kfeczko@littler.com |
| | *Attorneys for Defendant* |